ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GUSTAVE J. FUERTH and Another, Copartners, etc., Appellants, v. JAMES B. MARION, Defendant, and " RICHARD " S. SHEPPARD (First Name Richard Being Fictitious, etc.), Respondent, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE P. MINGEY, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PEASE & ELLIMAN, INC., Respondent, v. REALTY MANAGERS, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BEVERLY D. HARRIS, Appellant, v. ELEANOR E. L. HARRIS, Respondent.— Order reversed, without costs, and the issues settled as proposed by plaintiff. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CITY INVESTING COMPANY, Appellant, v. JOHN GERKEN and Others, Respondents, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB SHAPIRO, Appellant, v. HARRIS LUSTGARTEN and Others, Impleaded with THE LUSTGARTEN BATHS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SADYE STERN, Respondent, v. HENRY STERN, Appellant.— Order reversed and motion denied, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL DICKSTEIN, Respondent, v. PACKARD MOTOR CAR COMPANY OF NEW YORK, Impleaded with BANKERS COMMERCIAL SECURITY COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PEARSON-MEADE LITHO. CORPORATION, Appellant, v. PICTORIAL REVIEW Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of JOSEPH J. JACOBS, an Attorney, Respondent, to Establish His Lien in an Action of MARIE CECILIA v. TILLIE BRAININ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIZE GALAMBOS, Respondent, v. ELIZE COSTUME Co., INC., Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIZE GALAMBOS, Respondent, v. ELIZE COSTUME Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.